**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| **JOSEPH R. PSALMONDS,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**JO ANN B. BARNHART,** )<br>**Commissioner of Social Security,** )<br>)<br>**Defendant.** ) | No. 1:05CV95-DJS |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge issued on August 7, 2006, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #16] is accepted and adopted.

Dated this ___7th___ day of September, 2006.

                                              /s/Donald J. Stohr
                                              UNITED STATES DISTRICT JUDGE