```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                       SOUTHEASTERN DIVISION
```

JOSEPH R. PSALMONDS,            )
                                )
            Plaintiff,           )
        v.                       )       No. 1:05CV95-DJS
                                )
JO ANN B. BARNHART,              )
Commissioner of Social Security, )
                                )
            Defendant.           )

## JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant Jo Ann B. Barnhart, Commissioner of Social Security, and against plaintiff Joseph R. Psalmonds, and that the final decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and for supplemental security income benefits under Titles II and XVI of the Social Security Act is affirmed.

Dated this ___7th___ day of September, 2006.


                                    /s/Donald J. Stohr
                                    UNITED STATES DISTRICT JUDGE